IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KARLA GERNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10CV885 |
| ) | |
| COUNTY OF CHESTERFIELD, ) | |
| VIRGINIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**
**(Reassigning Case)**

THIS MATTER is before the Court on remand from the United States Court of Appeals for the Fourth Circuit. It appearing appropriate to do so, the Clerk is hereby DIRECTED to REASSIGN this case to the Honorable John A. Gibney, Jr., Judge of the United States District Court for the Eastern District of Virginia, for all further proceedings. The parties are directed to contact Judge Gibney's chambers within ten (10) days of entry of this Order.

The Clerk is further directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: March 23, 2012
Richmond, VA