IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KARLA GERNER,
        Plaintiff,

v.                                    Civil Case No. 3:10cv885-JAG

COUNTY OF CHESTERFIELD, VIRGINIA,
        Defendant.

## ORDER

THIS MATTER is before the Court on the plaintiff's Motion to Compel (Dk. No. 36) filed July 27, 2012. The Court held a conference call on August 16, 2012, during which it announced its ruling to the parties. Upon due consideration, the Court FINDS that the vast majority of materials requested by the plaintiff are within the permissible scope of discovery. The motion, therefore, is GRANTED in part and DENIED in part. Accordingly, the Court hereby ORDERS the following:

(1) The defendant is directed to provide complete answers to Interrogatory Nos. 9, 10, 11, and 12.

(2) Interrogatory No. 15 has been withdrawn by the plaintiff.

(3) The plaintiff is granted leave to serve Interrogatory Nos. 16, 17, and 18. The defendant is directed to provide complete answers to them.

(4) The motion is denied as to Interrogatory No. 19 as the requested information is protected by the attorney work-product doctrine.

(5) All of the defendant's objections to the plaintiff's Requests for Production (Nos. 2-5, 8, 9, 18, 22, 26-29, 33, 41) are overruled, except with respect to No. 36. The defendant is directed to produce the complete, un-redacted personnel files of the four individuals at issue—

Stith, Jacobson, Patten, and Taylor.  The plaintiff's request for the personnel files of Willis and Dunn has been withdrawn.  The parties are instructed to collaborate in the creation of a protective order for confidential information contained in the files.  The parties shall submit to the Court a proposed, agreed protective order no later than Thursday, August 23, 2012.  The protective order should preclude the discovery of any information outside the scope of this litigation.  If confidential information is included in support or opposition of a motion for summary judgment, the motion, accompanying brief, and exhibits shall be filed under seal.

(6) The defendant's objection to Request for Production No. 36, related to the production of trial exhibits, is sustained.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: August 16, 2012
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

2